**Order filed January 15, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00573-CV
_____

**ROBIN BLAINE ANDREWS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF GARLAND DALE PEPPER, DECEASED, AND GARLAND PEPPER, JR., SUSAN ANDREWS, KIMBERLY BROWN AND CAROLYN WALKER V. ABB, INC., ET AL, Appellants**

**V.**

**JOHN CRANE, INC, Appellee**

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2014-02782-ASB**

---

## O R D E R

The clerk's record was filed July 31, 2018. Appellee filed a motion to supplement the clerk's record with relevant items were omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- August 18, 2015 order granting defendant's motion to apply maritime law;

- defendant's first amended special exceptions filed January 12, 2017;

- defendant's amended motion to strike plaintiff's claim for past medical expenses and exhibit thereto filed January 12, 2017;

- defendant's motion to adopt defendant's motions to exclude and or strike general causation testimony filed in regard to asbestos litigation filed January 10, 2017;

- plaintiff's amended response in opposition to John Crane Inc.'s motion for summary judgment and exhibits thereto 48, 49, 50 and 66 filed January 20, 2017;

- plaintiff's original petition filed December 5, 2013;

- order setting trial date filed January 9, 2015;

- notice of hearing on motion to apply maritime law filed August 14, 2015;

- plaintiff's brief regarding damages available under maritime law filed August 28, 2015;

- order granting motion to stay proceedings filed October 23, 2015;

- amended order setting trial date filed May 27, 2016; and

- order granting John Crane Inc.'s motion for continuance filed December 9, 2016.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before due, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM